

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00186-CV

| | | |
|---|---|---|
| OLD AMERICAN INSURANCE COMPANY, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | |
| | | of Tarrant County (2015-005979-1) |
| V. | § | |
| | | November 8, 2018 |
| | § | |
| LINCOLN FACTORING, LLC, Appellee | | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that appellee Lincoln Factoring, LLC take nothing.

It is further ordered that appellee Lincoln Factoring, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Wade Birdwell_____
       Justice Wade Birdwell